IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-00838-LTB-CBS

DR. JANET B. SULLIVAN,

     Plaintiff,

v.

DR. FRANCIS J. HARVEY,
Secretary, Dept. Of Army, Agency, and
MS. CARI M. DOMINGUEZ,
Commissioner, Equal Employment Opportunity
Commission, Agency,

     Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

     IT IS HEREBY ORDERED that the scheduling conference set for **August 31, 2006, at 10:45 a.m.** has been CONVERTED into a status conference; the court will address all pending (and referred) motions at this time.  Therefore, parties are relived of their obligation to submit a proposed scheduling order and confidential settlement statements as required in the court's order of May 11, 2006.

**DATED:**     August 22, 2006