IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00838-LTB-CBS

JANET B. SULLIVAN,
      Plaintiff,
v.

FRANCIS J. HARVEY, Dr., Secretary, Dept. of Army, Agency, and
MS. CARI M. DOMINGUEZ, Commissioner, Equal Employment Opportunity
Commission, Agency,
      Defendants.
_____

ORDER STRIKING DUPLICATIVE FILINGS
_____

Magistrate Judge Craig B. Shaffer

      This civil action comes before the court on: (1) Sullivan's "Motion for Sanctions"

(doc. # 16);  (2) Sullivan's "Response to Defendant's Motion to Dismiss" (doc. # 17);

(3) Sullivan's "Motion for Admissions" (doc. # 18);  (4) Sullivan's "Motion for Hearing"

(doc. # 19);  and (5) Sullivan's "Motion for Contempt of Court" (doc. # 20), all filed on

August 31, 2006.  Pursuant to the May 5, 2006 Order of Reference and the

memorandum dated September 5, 2006 (doc. # 210), these matters were referred to

the Magistrate Judge.  The court has reviewed the pending matters, the entire case file

and the applicable rules and is sufficiently advised in the premises.

      All five filings are duplicative of previous filings by Sullivan.  (*See* docs. # 6, # 7,

# 8, # 11).  The court ruled on the matters addressed by these filings during the hearing

held on August 31, 2006.  The court has already accepted Sullivan's previous response

(doc. # 8) to Defendants' Motion to Dismiss.  Accordingly,

1

IT IS ORDERED that Sullivan's "Motion for Sanctions" (doc. # 16),  Sullivan's

"Response to Defendant's Motion to Dismiss" (doc. # 17),  Sullivan's "Motion for

Admissions" (doc. # 18),  Sullivan's "Motion for Hearing" (doc. # 19),  and Sullivan's

"Motion for Contempt of Court" (doc. # 20), all filed on August 31, 2006, are hereby

STRICKEN as duplicative.

DATED at Denver, Colorado, this 6th day of September, 2006.

BY THE COURT:


*s/Craig B. Shaffer*
United States Magistrate Judge