**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

**Civil Action No.: 06-cv-00838-LTB-CBS**       FTR-Reporter Deck Courtroom A402
**Date: September 26, 2006**                    Courtroom Deputy, Bernique Abiakam

---

DR. JANET B. SULLIVAN,                          *Pro se*

    **Plaintiff,**

    v.

DR. FRANCIS J. HARVEY, Secretary
of the Army, and CARI M. DOMINGUEZ,
Commissioner, Equal Employment Opportunity
Commission,                                     Michael C. Johnson

    **Defendants.**

---

### COURTROOM MINUTES / MINUTE ORDER

**HEARING:**         MOTIONS HEARING
**Court in Session: 10:32 a.m.**
Court calls case. Appearances of *pro se* plaintiff and defendants counsel.

10:33 a.m.      Argument by Mr. Johnson

10:35 a.m.      Argument by Dr. Sullivan.

10:58 a.m.      Further argument by Mr. Johnson. Questions by the Court.

11:11 a.m.      Further argument by Dr. Sullivan. Questions by the Court.

**ORDERED: Defendants' Motion To Dismiss (Filed 7/7/06; Doc. No. 4) is taken UNDER ADVISEMENT**.

HEARING CONCLUDED.

**Court in Recess**: 11:33 a.m.
Total  In-Court Time:    1 hour 1 minute