**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  06-cv-00838-LTB-CBS

DR. JANET B. SULLIVAN,

       Plaintiff,

v.

DR. FRANCIS J. HARVEY, Secretary, Dept. Of Army, Agency, and
MS. CARI M. DOMINGUEZ, Commissioner, Equal Employment Opportunity Commission, Agency,

       Defendants.
_____

**ORDER**
_____

This case is before me on the Recommendation of the Magistrate Judge that the Defendants' Motion to Dismiss filed July 7, 2006 [Doc #4] be granted and the case dismissed with prejudice.  The Plaintiff has filed specific written objections to the Magistrate Judge's recommendation and "Motion for Equitable Tolling." I have reviewed the recommendation *de novo* therefore in light of the file and record in this action.  Although the Plaintiff contends by way of motion that exhaustion of administrative remedies should be tolled equitably because of fraud, my review discerns no record support for the general allegation.  I conclude that the recommendation is correct.  Accordingly

IT IS ORDERED that Plaintiff's Motion for Equitable Tolling [Doc 30] is DENIED.

IT IS FURTHER ORDERED that the Defendants' Motion to Dismiss [Doc 4] is GRANTED and the above action is DISMISSED.

                              BY THE COURT:

                                s/Lewis T. Babcock
                              Lewis T. Babcock, Chief Judge

DATED:  March 9, 2007